UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX YOUNG,<br><br>              Plaintiff,<br><br>              v.<br><br>RICHARD SARLES, *General Manager,*<br>*Washington Metropolitan Transit Authority,*<br><br>              Defendant. | Civil Action No. 14-1203 (BAH) |

## ORDER GRANTING INJUNCTIVE RELIEF

Upon consideration of the plaintiff's Motion for Preliminary Injunction, ECF No. 2, the related legal memoranda in support and in opposition, the arguments presented at the August 14, 2014 hearing on the plaintiff's motion, and the entire record herein, for the reasons stated at the August 14, 2014 hearing, it is hereby

**ORDERED** that the plaintiff's Motion for a Preliminary Injunction, ECF No. 2, is GRANTED; and it is further

**ORDERED** that the defendant, his officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with the defendant, their officers, agents, servants, employees, and attorneys are hereby ENJOINED from enforcing § 100.10(d) of the WMATA Use Regulations, which prohibits individuals from engaging in commercial activity on WMATA property designated as a "free" area, under WMATA Use Regulation § 100.10(b), as applied to the plaintiff's "busking" activity; and it is further

**ORDERED** that this injunction shall not apply to enforcement of the WMATA Use Regulation requirement that such activity take place at a distance greater than fifteen (15) feet

from any escalator, stairwell, faregate, mezzanine gate, kiosk, or fare card machine; and it is further

**ORDERED** that this Preliminary Injunction shall take effect immediately and shall remain in effect pending final resolution of this action or further order of this Court; and it is further

**ORDERED** that, since the Court finds a bond unnecessary "to pay the costs and damages sustained by" the defendant if he is later found to have been wrongfully enjoined, *see* FED. R. CIV. P. 65(c), no bond shall be required of the plaintiff; and it is further

**ORDERED** that the parties submit, by August 22, 2014, the Joint Meet and Confer report required by Local Civil Rule 16.3 and this Court's Standing Order ¶ 3, ECF No. 4.

**SO ORDERED.**

Date: August 14, 2014

BERYL A. HOWELL
United States District Judge