UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BURKE,**<br><br>Plaintiff,<br><br>v.<br><br>**PAUL J. WIEDEFELD,**<br><br>Defendant. | **Civil Action No.: 19-3145 (KBJ)** |

## NOTICE

### Update on the District's enforcement of the panhandling statute

In the Reply Plaintiffs' counsel made the following statement, based on information then available to Plaintiffs' counsel, "Moreover, as far as the Brown plaintiffs' counsel knows, the District wants to settle the "(b)(3)" damages case, and it has decided to stop enforcing the statute, and continuing to enforce the statute would be against its financial interest because continued enforcement would only keep generating class members." Reply [13], p. 29 (ECF page).

Plaintiffs' counsel now understands that the MPD is still enforcing the panhandling statute. The only panhandling arrest Plaintiffs' counsel has personal knowledge of (which plaintiffs' counsel learnt about a few days ago) is an arrest for aggressive panhandling the MPD made September 1, 2019 which was no-papered (the prosecutor declined to prosecute) based on information available to Plaintiffs' counsel.

Plaintiffs' counsel has asked counsel for the District in the <u>Elbert Brown</u> case for details about the MPD's enforcement practices and Plaintiffs' counsel will inform the Court and opposing counsel if the District provides such information.

Plaintiffs' counsel has spoken to attorneys who appear frequently in the arraignment courtroom in Superior Court where First Appearances are held and the most recent information

Plaintiffs' counsel has received is that the District of Columbia is not prosecuting panhandling cases.

Respectfully submitted,

/s/William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiff
717 D Street, N.W.
Suite 300
Washington, DC 20004
Phone 202/824-0700
Email clairbornelaw@gmail.com