UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BURKE,<br><br>Plaintiff,<br><br>v.<br><br>PAUL J. WIEDEFELD,<br><br>Defendant. | Civil Action No.: 19-3145 (KBJ) |

## NOTICE

Attached is an affidavit and copies of panhandling arrest reports published by the District's MPD (District's Metropolitan Police Department) since October, 2019 indicating no arrests by the MPD for panhandling in a Metro Station at that time.

Respectfully submitted,

/s/William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiff
717 D Street, N.W.
Suite 300
Washington, DC 20004
Phone 202/824-0700
Email clairbornelaw@gmail.com