UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BURKE,<br><br>Plaintiff,<br><br>v.<br><br>PAUL J. WIEDEFELD,<br><br>Defendant. | Civil Action No.: 19-3145 (KBJ) |

Affidavit of Investigator Sophie Vick

**1.** My name is Sophie Vick. I am an adult. I work as an investigator for William Claiborne.

**2.** Attached are arrest reports for panhandling published by the District of Columbia Metropolitan Police Department ("MPD") since the MPD switched to Google groups in October 2019. As far as I know these are all the panhandling arrests the MPD has published online since then. There are no arrests for panhandling in a Metro Station, although there is an arrest for public transportation panhandling.

I, Sophie Vick, pursuant to 28 U.S.C. § 1746, certify as true under penalty of perjury under the laws of the United States of America that the preceding true and correct.

Respectfully submitted,

_____
Sophie Vick
January _____, 2020
Washington, D.C.