| Arrest Number | 511938699 |
|---|---|
| Arrest Date | Dec 17, 2019 2:45:57 PM |
| Arrest Location | 399 M STREET SW<br>WASHINGTON, DC 20024<br>UNITED STATES |
| PSA | 105 |
| Offender Last Name | SINGLETARY |
| Offender First Name | MAURICE |
| Gender | M |
| Age | 27 |
| Offense | Aggressive Panhandling |
| Felony/Misdemeanor | M |
| Officer | Anderson |

| Arrest Number | 041936887 |
|---|---|
| Arrest Date | Nov 29, 2019 5:00:20 AM |
| Arrest Location | 3827 14TH STREET NW<br>WASHINGTON, DC 20011<br>UNITED STATES |
| PSA | 404 |
| Offender Last Name | GUEYE |
| Offender First Name | MALICK |
| Gender | M |
| Age | 45 |
| Offense | Aggressive Panhandling |
| Felony/Misdemeanor | M |
| Officer | Contreras |

| Arrest Number | 511936571 |
|---|---|
| Arrest Date | Nov 25, 2019 6:30:40 PM |
| Arrest Location | 701 1ST STREET NE<br>WASHINGTON, DC 20002<br>UNITED STATES |
| PSA | 102 |
| Offender Last Name | Bryant |
| Offender First Name | Charles |
| Gender | M |
| Age | 50 |
| Offense | Panhandling - Public Transportation |
| Felony/Misdemeanor | M |
| Officer | Harris |

| Arrest Number | 051933326 |
|---|---|
| Arrest Date | Oct 25, 2019 3:52:39 PM |
| Arrest Location | 1500 BENNING ROAD NE<br>WASHINGTON, DC 20002<br>UNITED STATES |
| PSA | 507 |
| Offender Last Name | WATKINS |
| Offender First Name | TAMIKA |
| Gender | F |
| Age | 36 |
| Offense | Panhandling - Aggressive |
| Felony/Misdemeanor | M |
| Officer | Booze |

| Arrest Number | 511937226 |
|---|---|
| Arrest Date | Dec 2, 2019 7:06:04 PM |
| Arrest Location | 1210 F STREET NW<br>WASHINGTON, DC 20004<br>UNITED STATES |
| PSA | 209 |
| Offender Last Name | Williams |
| Offender First Name | Omar |
| Gender | M |
| Age | 25 |
| Offense | Panhandling |
| Felony/Misdemeanor | M |
| Officer: | Brown |

| Arrest Number | 051934869 |
|---|---|
| Arrest Date | Nov 9, 2019 5:24:46 PM |
| Arrest Location | 1250 BLADENSBURG ROAD NE<br>WASHINGTON, DC 20002<br>UNITED STATES |
| PSA | 506 |
| Offender Last Name | CURTIS |
| Offender First Name | KEITH |
| Gender | M |
| Age | 57 |
| Offense | Panhandling |
| Felony/Misdemeanor | M |
| Officer | Jenifer |

| | |
|---|---|
| Arrest Number | 051935544 |
| Arrest Date | Nov 15, 2019 5:15:42 PM |
| Arrest Location | 100 NEW YORK AVENUE NE<br>WASHINGTON, DC 20002<br>UNITED STATES |
| PSA | 501 |
| Offender Last Name | DAVID |
| Offender First Name | FRANCIS |
| Gender | M |
| Age | 44 |
| Offense | Panhandling |
| Felony/Misdemeanor | M |
| Officer | Staten |

| | |
|---|---|
| Arrest Number | 051936650 |
| Arrest Date | Nov 26, 2019 4:30:32 PM |
| Arrest Location | 401 NEW YORK AVENUE NE<br>WASHINGTON, DC 20002<br>UNITED STATES |
| PSA | 501 |
| Offender Last Name | MORGAN |
| Offender First Name | RONALD |
| Gender | M |
| Age | 67 |
| Offense | Panhandling |
| Felony/Misdemeanor | M |
| Officer | Gray |

| | |
|---|---|
| Arrest Number | 051936989 |
| Arrest Date | Nov 29, 2019 9:00:29 PM |
| Arrest Location | 2300 NEW YORK AVENUE NE<br>WASHINGTON, DC 20002<br>UNITED STATES |
| PSA | 503 |
| Offender Last Name | Patterson |
| Offender First Name | Jerome |
| Gender | M |
| Age | 44 |
| Offense | Panhandling |
| Felony/Misdemeanor | M |
| Officer | Goodfellow |

| | |
|---|---|
| Arrest Number | 051937173 |
| Arrest Date | Dec 2, 2019 11:20:30 AM |
| Arrest Location | 100 NEW YORK AVENUE NE<br>WASHINGTON, DC 20002<br>UNITED STATES |
| PSA | 501 |
| Offender Last Name | FRANCIS |
| Offender First Name | DAVID |
| Gender | M |
| Age | 44 |
| Offense | Aggressive Panhandling |
| Felony/Misdemeanor | M |
| Officer | Joyce |

| | |
|---|---|
| Arrest Number | 051937559 |
| Arrest Date | Dec 5, 2019 6:16:36 PM |
| Arrest Location | 100 NEW YORK AVENUE NE<br>WASHINGTON, DC 20002<br>UNITED STATES |
| PSA | 501 |
| Offender Last Name | Storck |
| Offender First Name | Jonathan |
| Gender | M |
| Age | 30 |
| Offense | Panhandling |
| Felony/Misdemeanor | M |
| Officer | Pierce |

| | |
|---|---|
| Arrest Number | 051938241 |
| Arrest Date | Dec 12, 2019 7:15:23 PM |
| Arrest Location | 1250 BLADENSBURG ROAD NE<br>WASHINGTON, DC 20002<br>UNITED STATES |
| PSA | 506 |
| Offender Last Name | CURTIS |
| Offender First Name | KEITH |
| Gender | M |
| Age | 57 |
| Offense | Panhandling |
| Felony/Misdemeanor | M |
| Officer | Gray |

| Field | Value |
|---|---|
| Arrest Number | 511935376 |
| Arrest Date | Nov 14, 2019 2:51:32 PM |
| Arrest Location | 1101 HOWARD ROAD SE WASHINGTON, DC 20020 UNITED STATES |
| PSA | 703 |
| Offender Last Name | GRIFFIN |
| Offender First Name | TERRANCE |
| Gender | M |
| Age | 31 |
| Offense | Panhandling - Aggressive |
| Felony/Misdemeanor | M |
| Officer | Hayes |

| Field | Value |
|---|---|
| Arrest Number | 052000428 |
| Arrest Date | Jan 4, 2020 4:31:57 PM |
| Arrest Location | 100 NEW YORK AVENUE NE WASHINGTON, DC 20002 UNITED STATES |
| PSA | 501 |
| Offender Last Name | Johnson |
| Offender First Name | Kenneth |
| Gender | M |
| Age | 40 |
| Offense | Panhandling - Aggressive |
| Felony/Misdemeanor | M |
| Officer | Lee |

| Field | Value |
|---|---|
| Arrest Number | 052001050 |
| Arrest Date | Jan 10, 2020 3:45:17 PM |
| Arrest Location | 75 NEW YORK AVENUE NE WASHINGTON, DC 20002 UNITED STATES |
| PSA | 501 |
| Offender Last Name | Stevens |
| Offender First Name | Arvell |
| Gender | M |
| Age | 58 |
| Offense | Panhandling - Aggressive |
| Felony/Misdemeanor | M |
| Officer | Barnett |

| Field | Value |
|---|---|
| Arrest Number | 052001057 |
| Arrest Date | Jan 10, 2020 4:25:41 PM |
| Arrest Location | 1500 ECKINGTON PLACE NE WASHINGTON, DC 20002 UNITED STATES |
| PSA | 502 |
| Offender Last Name | Harris |
| Offender First Name | Star |
| Gender | F |
| Age | 35 |
| Offense | Panhandling - Aggressive |
| Felony/Misdemeanor | M |
| Officer | Lee |