UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN BURKE,<br><br>        Plaintiff,<br><br>    v.<br><br>PAUL J. WIEDEFELD,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 19-cv-3145 (KBJ)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

On October 21, 2019, Plaintiff John Burke filed a Motion for Preliminary Injunction, seeking an order prohibiting Washington Metropolitan Area Transit Authority ("WMATA") from "interfering with his practice of 'panhandling' in the vicinity of WMATA station entrances and accepting donations from passersby." (*See* Pl.'s Mot. for Prelim. Inj., ECF No. 3, at 1.)[1] Defendant Paul J. Wiedefeld, WMATA's General Manager, opposes Burke's motion, arguing that Burke has failed to demonstrate a likelihood of success on the merits or irreparable harm. (*See* Def.'s Mem. in Opp'n to Pl.'s Mot. for Prelim. Inj., ECF No. 10, at 8, 30.) After Burke filed his reply thereto (*see* Pl.'s Reply Mem. in Supp. of Mot. for Prelim. Inj., ECF No. 13), the Court held a hearing on Burke's motion on January 15, 2020 (*see* Min. Entry of Jan. 15, 2020).

The Court has reviewed and considered the parties' written submissions and their

---

[1] Page-number citations to the documents that the parties have filed refer to the page numbers that the Court's electronic filing system automatically assigns.

representations at the motion hearing, and has reached a decision regarding the proper disposition of Burke's motion. The Court will explain its ruling orally during the forthcoming status conference, which is scheduled below. In the meantime, for the parties' planning purposes and in the interest of judicial efficiency, the Court issues the following Order resolving the motion:

It is hereby

**ORDERED** that Plaintiff's Motion for Preliminary Injunction (ECF No. 3) is **DENIED WITHOUT PREJUDICE**. The parties shall appear before the Court for a video status conference on **December 9, 2020 at 10:30 AM**, during which time the Court will explain the reasons for this Order. It is

**FURTHER ORDERED** that the time for responding to Plaintiff's complaint under Federal Rule of Civil Procedure 12(a)(4)(A) is stayed until further order of this Court.

DATE: November 30, 2020

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge