UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BURKE,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL J. WIEDEFELD, General Manager, Washington Metropolitan Area Transit Authority,<br><br>    Defendant. | Case No. 19-cv-3145 (JMC) |

### ORDER

  For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion to dismiss, ECF 25, is **DENIED**.

  This is a final appealable order.

  **SO ORDERED.**

                       _____
                       JIA M. COBB
                       United States District Judge

Date: July 18, 2024

1